UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERMAINE JOSEPH DUNLAP, )
)
                *Petitioner*, )
)
v. ) Civ. No. 23-0461 (UNA)
)
UNITED STATES DISTRICT COURT )
FOR THE DISTRICT OF COLUMBIA *et al.*, )
)
                *Respondents*. )

**MEMORANDUM OPINION**

This matter is before the Court on the Petition for a Writ Habeas Corpus (ECF No. 1) of Jermaine Joseph Dunlap, a California state prisoner, and his application to proceed *in forma pauperis* (ECF No. 2). The assertions set forth in the petition are incomprehensible. That said, the Court presumes that petitioner challenges – again – his conviction and sentence and demands his release from custody.

As petitioner well knows, he has no recourse in this district. *See, e.g., See Dunlap v. U.S. District Court in the District of Columbia*, No. 22-cv-1297 (D.D.C. May 27, 2022) (dismissing habeas petition for lack of subject matter jurisdiction); *Dunlap v. U.S. District Court of the District of Columbia*, No. 22-cv-1095 (D.D.C. May 6, 2022) (dismissing habeas petition for want of jurisdiction); *Dunlap v. Dep't Rev. Bd.*, No. 14-cv-145, 2014 WL 414156, at *1 (D.D.C. Jan. 30, 2014) (concluding that "plaintiff has no recourse in habeas in the District of Columbia").

Habeas review of a state court conviction under 28 U.S.C. § 2254 is available only after exhaustion of state remedies, *see* 28 U.S.C. § 2254(b)(1), and only "in the district court for the

1

district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [petitioner] and each of such district courts shall have concurrent jurisdiction to entertain the application," 28 U.S.C. § 2241(d).  This petitioner was convicted and sentenced in California, and he has no recourse in the District of Columbia.

      The Court will grant petitioner's application to proceed *in forma pauperis* and dismiss his petition without prejudice for want of jurisdiction.  A separate Order accompanies this Memorandum Opinion.

DATE: March 6, 2023

/s/
RANDOLPH D. MOSS
United States District Judge